**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH HERNANDEZ LUNA,    ) | C 07-5761 MMC(PR) |
|          Petitioner,    ) | **ORDER OF TRANSFER** |
|     vs.    ) | |
| JOHN F. SALAZAR, Warden CVSP,    ) | |
| ARNOLD SCHWARZENEGGER,    ) | |
| Governor, et al.,    ) | |
|        Respondents.    ) | |

On November 14, 2007, petitioner, a prisoner at Chuckawalla Valley State Prison, and proceeding pro se, filed the above-titled petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  He challenges the Governor of California's reversal of a decision by the California Board of Parole Hearings finding petitioner suitable for parole.

Pursuant to 28 U.S.C. § 2241, venue for a habeas action is proper in either the district of confinement or the district of conviction, and the district in which the petition is filed may transfer the petition to such other district in the furtherance of justice.  See 28 U.S.C. § 2241(d); see, e.g., Laue v. Nelson, 279 F. Supp. 265, 266 (N.D. Cal. 1968).  If the petition is directed to the manner in which a sentence is being executed, such as parole or time credit claims, the district of confinement is the preferable forum.  See Habeas L.R. 2254-3(a); Dunne v. Henman, 875 F.2d 244, 249 (9th Cir. 1989); see also Dannenberg v. Ingle, 831 F. Supp. 767, 767 (N.D. Cal. 1993) (holding petition challenging conviction or sentence should be heard in district of conviction).

Chuckawalla Valley State Prison, where petitioner is confined, is located in Riverside County, which is located within the venue of the Central District of California. <u>See</u> 28 U.S.C. § 84(c). Under such circumstances, and given the nature of petitioner's claims, the Central District is the preferable forum.

Accordingly, the above-titled action is hereby TRANSFERRED to the United States District Court for the Central District of California. <u>See</u> 28 U.S.C. § 1404(a); Habeas L.R. 2254-3(b).

The Clerk shall close the file.

IT IS SO ORDERED.

DATED: November 27, 2007

MAXINE M. CHESNEY
United States District Judge